BEFORE THE SECOND DIVISION, SEPTEMBER 1, 1944

**No. 49689.**—Protest 934877–G of Tarnower Bros., Inc. (New York).

Opinion by TILSON, J. At the trial the only witness testified that the ·merchandise in question is the same or identical with exhibit B in decision reported in Abstract 47291. However, an examination revealed that the exhibit was not

therein held dutiable as an unbleached hat. In accordance with said abstract the hats in question were held properly classified.